```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S.H.W., *et al.*,

                     Plaintiffs,

      –v–

New York City Department of Education,

                     Defendant.

21-cv-4808 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

      The Court held an initial pre-trial conference in this matter today. The Court hereby directs the parties to engage in five weeks of written discovery related to the limited issue of Defendant's delay in appointing impartial hearing officers in the current case and the related 2019-2020 case. Plaintiffs will have two weeks to propound its requests and Defendant will have three weeks to respond. After five weeks, the parties are ordered to engage in settlement discussions. The parties are also ordered to file a joint letter with the Court within eight weeks of today indicating whether a resolution has been reached in this matter. If no resolution has been reached, the Court will issue a 30-day briefing schedule for cross-motions for summary judgment. In their joint letter, the parties shall also indicate if they seek referral to the Magistrate Judge or Mediation Program for settlement assistance.

      SO ORDERED.

2

Dated: October 1, 2021
　　　　New York, New York

_____
ALISON J. NATHAN
United States District Judge