```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.H.W. et al.,

                Plaintiffs,

      –v–

New York City Department of Education,

                Defendant.

21-cv-4808 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        The conference scheduled for January 14, 2022 is adjourned. The Court has ordered the parties to file a status update by January 10, 2022. *See* Dkt. No. 20. The Court will set a date for the conference, if necessary, when it receives the parties' status update.

SO ORDERED.

Dated: January 7, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1